**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR NOORPARVAR, Individually and On Behalf of All Others Similarly Situated,<br><br>**Plaintiff,**<br>v.<br><br>**UBER TECHNOLOGIES, INC.,**<br><br>**Defendant.** | Case No.: 2:14-cv-01771-JAK-JCG<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety, on an individual basis. The Parties anticipate filing a Joint Motion for Dismissal with prejudice as to the named plaintiff and without prejudice as to the putative class within 40 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after September 15, 2014, for filing a Joint Dismissal.

Dated: August 6, 2014

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

BY: /s/ ABBAS KAZEROUNIAN
      ABBAS KAZEROUNIAN, ESQ.