# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR NOORPARVAR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 2:14-cv-01771-JAK-JCG<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS**<br><br>**JS-6** |

Having considered the Joint Stipulation To Dismiss, and for good cause, the Court hereby GRANTS the Joint Stipulation To Dismiss and ORDERS as follows:

1. Plaintiff's individual claims are dismissed with prejudice;
2. The claims of the putative class members are dismissed without prejudice; and,
3. The Parties are to bear their own fees and costs.

Dated: August 13, 2014

_____
Hon. John A. Kronstadt
United States District Judge